IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT MORESI,**<br>             **Plaintiff,**<br><br>     v.<br><br>**CITY OF PHILADELPHIA;**<br>**POLICE OFFICER REIGERT PONE;**<br>**CURRENTLY UNKNOWN AND**<br>**UNNAMED POLICE OFFICERS,**<br>             **Defendants.** | **CIVIL ACTION**<br><br>**NO.  15-38** |

## ORDER

     **AND NOW**, this 8th day of July, 2015, upon consideration of Defendant City of Philadelphia's Motion to Dismiss for Failure to State a Claim [ECF No. 15], and the Plaintiff Robert Moresi's response in opposition thereto [ECF No. 16], and for the reasons provided in the Court's Memorandum Opinion of July 8, 2015 [ECF No. 18], **IT IS ORDERED** that the Motion is **GRANTED**.  All claims in Count I of the Amended Complaint [ECF No. 11] against the Defendant City of Philadelphia are **DISMISSED WITH PREJUDICE**.

                                        **BY THE COURT:**

                                        **/S/WENDY BEETLESTONE, J.**

                                        _____
                                        **WENDY BEETLESTONE, J.**